11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



In the interest of A.J.T., a child,       * From the 326th District Court
                                            of Taylor County,
                                            Trial Court No. 53,430-C.


No. 11-21-00122-CV                        *October 13, 2022


                                          * Opinion by Williams, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Joshua E. Thomas.